

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00065-CR

RYAN PATRICK JOHNSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 09F0319-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

After a jury found Ryan Patrick Johnson guilty of murder, he was sentenced to ninety-nine years' confinement in prison.  On December 27, 2023, Johnson filed a motion in the trial court seeking entry of a nunc pro tunc judgment.  On February 14, 2024, the trial court entered an order denying Johnson's motion.  Johnson appealed the trial court's order.

In Texas, a party may only appeal when the Texas Legislature has authorized an appeal. *Galitz v. State*, 617 S.W.2d 949, 951 (Tex. Crim. App. 1981).  When the Legislature passes legislation granting a right of appeal, in addition to granting its citizens that substantive right, it also grants the appellate courts of this State jurisdiction to hear such appeals.  In the absence of such authorizing legislation, appellate courts are without jurisdiction and have no authority to act.  In the criminal context, the Texas Legislature has authorized appeals from written judgments of conviction and a few orders deemed appealable.  *See Gutierrez v. State*, 307 S.W.3d 318, 321 (Tex. Crim. App. 2010).  The trial court's February 14 order denying Johnson's motion for a nunc pro tunc judgment is not an order from which the Texas Legislature has authorized an appeal.  In the absence of such an authorization, we are without jurisdiction to hear the appeal.

By letter dated May 8, 2024, we informed Johnson of this jurisdictional issue.  Johnson did not respond to our letter.

Because the trial court's February 14 order denying Johnson's motion for a nunc pro tunc judgment is not an appealable order, we lack jurisdiction over this appeal. Consequently, we dismiss the appeal for want of jurisdiction.


                                        Charles van Cleef
                                        Justice

Date Submitted:     June 11, 2024
Date Decided:       June 12, 2024

Do Not Publish